| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA, §
    Plaintiff, §
 §
*versus* §    CASE NO. 1:12-CV-00476-MAC
 §
EFIGENIO A CONTRERAS, §
    Defendant. §
 §
 §

# ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST EFIGENIO CONTRERAS

Plaintiff United States of America ("United States") filed this lawsuit against Defendants Efigenio A. Contreras and Laura Denise Contreras ("the Contrerases") to, among other things, reduce to judgment the Contrerases' federal income tax liabilities, to foreclose its federal tax liens against certain property, and for a judicial sale of the property. On March 3, 2020, the court granted the agreed judgment between the United States and Ms. Contreras, and Ms. Contreras is no longer a party to this case. Doc. No. 94. On March 25, 2020, United States Magistrate Judge Zack Hawthorn entered an amended report (Doc. No. 98) which recommended granting in part the United States' "Motion for Summary Judgment" (Doc. No. 79) against Efigenio Contreras. Mr. Contreras failed to file objections to the magistrate judge's amended report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's amended report and recommendation (Doc. No. 98) is **ADOPTED**. Accordingly, the United States' "Motion for Summary Judgment" (Doc. No. 79) is **GRANTED IN PART**.

A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 15th day of April, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE