| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:12-CV-00476 |
| *versus* | § | |
| | § | |
| EFIGENIO A. CONTRERAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge. The court has received and reviewed the Report and Recommendation of the Magistrate Judge (Doc. No. 115), which recommends: (1) holding *pro se* Defendant Efigenio A. Contreras in civil contempt for his failure to comply with court orders; (2) issuing a warrant for his arrest; (3) keeping him in custody until he responds to the United States' post-judgment discovery; and (4) assessing him $528.20 in reasonable expenses. The U.S. Marshals personally served Contreras with a copy of the Report & Recommendation. Doc. No. 117. Neither party has filed objections to the Report and Recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. No. 115) is **ADOPTED**.

It is further **ORDERED** that a Warrant be issued as to Efigenio A. Contreras for his contempt of this court's Orders to respond to the United States' First Set of Post-Judgment Interrogatories and produce the documents requested by the United States' Request for Production

of Documents. The United States Marshals Service is **ORDERED** to inform the court upon Efigenio A. Contreras's arrest and to keep him in custody until he purges himself of his contempt by responding to the United States' First Set of Post-Judgment Interrogatories, and producing the documents requested by the United States' Request for Production of Documents.

It is further **ORDERED** that Efigenio A. Contreras must pay the Department of Justice Tax Division $528.20 in reasonable travel expenses.

SIGNED at Beaumont, Texas, this 19th day of May, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE